IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 06-1020 |
| ) | |
| vs. ) | **COUNTS 1-2** |
| ) | 21 U.S.C. §§ 841(a)(1) & 860(a) |
| TERRY TERRELL SAMUELS, ) | |
| a/k/a T.G., ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

On or about March 24, 2006, in the Northern District of Iowa, TERRY TERRELL SAMUELS, a/k/a T.G., did knowingly and unlawfully distribute approximately 20.24 grams of a mixture or substance containing cocaine base, more commonly called "crack cocaine," a Schedule II Controlled Substance, within 1,000 feet of real property comprising Prescott Elementary School in Dubuque, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1), 860(a) and 841(b)(1)(B).

### COUNT 2

On or about March 28, 2006, in the Northern District of Iowa, TERRY TERRELL SAMUELS, a/k/a T.G., did knowingly and unlawfully distribute approximately 19.35 grams of a mixture or substance containing cocaine base, more commonly called "crack

cocaine," a Schedule II Controlled Substance, within 1,000 feet of real property comprising Prescott Elementary School in Dubuque, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1), 860(a) and 841(b)(1)(B).

A TRUE BILL

S/ FOREPERSON

Foreman

5-25-06

Date

Presented by:

CHARLES W. LARSON, SR.
United States Attorney

Daniel C. Tvedt
Assistant United States Attorney