RECEIVED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA
2007 JUN -4 PM 2:23
CEDAR RAPIDS HDQTRS. OFFICE
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR 06-1020 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TERRY TERRILL SAMUELS, ) | |
| a/k/a T.G., ) | |
| ) | |
| Defendant. ) | |

## AMENDED INFORMATION
### Notice of Intent to Seek Enhanced Penalties
### Pursuant to Title 21, United States Code, Section 851

Pursuant to 21 U.S.C. § 851, the United States Attorney hereby informs the court and defendant, TERRY TERRILL SAMUELS, a/k/a T.G., of its intention to seek an enhanced penalty against defendant in the event defendant is convicted on Counts 1 or 2 of the May 25, 2006, indictment. Counts 1 and 2 charge defendant with distribution of 5 grams or more of cocaine base, commonly called "crack cocaine," a Schedule II Controlled Substance, within 1,000 feet of the real property comprising Prescott Elementary School in Dubuque, Iowa, in violation of 21 U.S.C. §§ 841(a)(1), 860(a), and 841(b)(1)(B).

Defendant has two or more prior convictions for felony drug offenses, to wit:

1.  On April 25, 1996, defendant was convicted of possession of a controlled substance in *People of the State of Illinois v. Terry Samuels,* in the Circuit Court of Cook County, Illinois, Case No. 94CR2871901, a felony drug offense; and

2.  On April 25, 1996, defendant was convicted of possession of a controlled substance in *People of the State of Illinois v. Terry Samuels,* in the Circuit Court of Cook County, Illinois, Case No. 95CR1236401, a felony drug offense; and

3. On January 26, 1998, defendant was convicted of delivery of a controlled substance in *People of the State of Illinois v. Terry Samuels,* in the Circuit Court of Cook County, Illinois, Case No. 97CR0444901, a felony drug offense.

Accordingly, pursuant to 21 U.S.C. §§ 841(b)(1)(A), 860(a), and 851, these offenses are punishable the following penalties: (1) a mandatory sentence of life imprisonment without the possibility of parole; (2) a fine of not more than $8,000,000; (3) a mandatory special assessment of $100; and (4) a term of supervised release of at least 10 years and not more than life.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By, s/Daniel C. Tvedt

DANIEL C. TVEDT
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, IA 52401-1825
319-363-0091
319-363-1990 (Fax)
Dan.Tvedt@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this document was served on June 4, 2007, to the parties or attorneys of record, shown below by:

■ U.S. Mail   ❏ Fax   ❏ Hand Delivery
❏ Electronically

UNITED STATES ATTORNEY

BY: __s/B. Nietert__

COPIES TO:
John Broz

2