# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TERRY TERRILL SAMUELS,<br><br>　　　　Defendant. | No. CR 06-1020<br><br>**ORDER** |

　　　　On June 19, 2007, the Court accepted the jury verdict finding Defendant guilty on Counts 1 and 2 of the Indictment.

　　　　Accordingly, IT IS ORDERED as follows:

　　　　1.　　The United States Probation Office shall conduct a presentence investigation and prepare a report.

　　　　2.　　The attorneys shall timely comply with the deadlines for preparation of the presentence report.

　　　　3.　　Defendant is detained pursuant to 18 U.S.C. § 3143(a)(2). Defendant has now been convicted of "an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act." *Id*. § 3142(f)(1)(C). Therefore, the court must order him detained unless the factors in § 3143(a)(2)(A) and (B) are met. The court finds that there is not a "substantial likelihood that a motion for acquittal or new trial will be granted," *id*. § 3143(a)(2)(A)(i), the government has not "recommended that no sentence of imprisonment be imposed," *id*. § 3143(a)(2)(A)(ii), and

the court is unable to find by "clear and convincing evidence that [Defendant] is not likely to flee or pose a danger to any other person or the community," *id.* § 3143(a)(2)(B).

IT IS SO ORDERED.

Dated this 19th day of June, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2