IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY TERRELL SAMUELS,<br><br>    Defendant. | No. 06-CR-1020-LRR<br><br>**VERDICT FORM<br>COUNT 1** |

We, the Jury, unanimously find, the defendant, Terry Terrell Samuels, __Guilty__ of the crime charged in Count 1 of the Indictment.

Not Guilty/Guilty

Note: If you unanimously find the defendant not guilty of Count 1, have your foreperson write "not guilty" in the above blank space, and sign and date this Verdict Form. Then, go on to answer the Verdict Form for Count 2.

If you unanimously and beyond a reasonable doubt find the defendant guilty of Count 1, have your foreperson write "guilty" in the above blank space, then sign and date this Verdict Form. Then, go on to answer the Interrogatories Form for Count 1.

s/ _____
FOREPERSON

_June 19, 2007_
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY TERRELL SAMUELS,<br><br>Defendant. | No. 06-CR-1020-LRR<br><br>**INTERROGATORIES FORM COUNT 1** |

If you found the defendant guilty of the crime charged in Count 1, please answer Questions 1 and 2, then have your foreperson sign and date this Interrogatories Form. Then, go on to answer the Verdict Form for Count 2. If you found the defendant not guilty of the crime charged in Count 1, go on to answer the Verdict Form for Count 2.

**QUESTION 1:** In the event that you unanimously found, beyond a reasonable doubt, the defendant guilty of Count 1, answer this Question by placing a check mark (✓) on <u>one</u> of the following spaces. We, the jury, unanimously find:

   Beyond a reasonable doubt that the distribution of the controlled substance took place within 1,000 feet of the real property of a school, namely, Prescott Elementary School in Dubuque, Iowa.

_____   That the distribution of the controlled substance did not take place within 1,000 feet of the real property of a school.

**(CONTINUED)**

## INTERROGATORIES FORM COUNT 1 (Cont'd)

**QUESTION 2:** In the event that you unanimously found, beyond a reasonable doubt, the defendant guilty of Count 1, answer this Question by placing a check mark (✓) on the <u>one</u> following space that reflects the quantity of cocaine base involved in the distribution in Count 1:

\_\_\_\_ Less than 5 grams of a mixture or substance containing a detectable amount of cocaine base

__✓__ 5 grams or more of a mixture or substance containing a detectable amount of cocaine base

_s/_
FOREPERSON

_June 19, 2007_
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 06-CR-1020-LRR |
| vs. | |
| TERRY TERRELL SAMUELS, | **VERDICT FORM** **COUNT 2** |
| Defendant. | |

We, the Jury, unanimously find, the defendant, Terry Terrell Samuels, __Guilty__ of the crime charged in Count 2 of the Indictment.

Not Guilty/Guilty

Note: If you unanimously find the defendant not guilty of Count 2, have your foreperson write "not guilty" in the above blank space, and sign and date this Verdict Form.

If you unanimously and beyond a reasonable doubt find the defendant guilty of Count 2, have your foreperson write "guilty" in the above blank space, then sign and date this Verdict Form. Then, go on to answer the Interrogatories Form for Count 2.

_s/_
FOREPERSON

_June 19, 2007_
DATE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY TERRELL SAMUELS,<br><br>    Defendant. | No. 06-CR-1020-LRR<br><br>**INTERROGATORIES FORM COUNT 2** |

If you found the defendant guilty of the crime charged in Count 2, please answer Questions 1 and 2, then have your foreperson sign and date this Interrogatories Form. If you found the defendant not guilty of the crime charged in Count 2, do not answer Questions 1 and 2.

**QUESTION 1:** In the event that you unanimously found, beyond a reasonable doubt, the defendant guilty of Count 2, answer this Question by placing a check mark (✓) on <u>one</u> of the following spaces. We, the jury, unanimously find:

  Beyond a reasonable doubt that the distribution of the controlled substance took place within 1,000 feet of the real property of a school, namely, Prescott Elementary School in Dubuque, Iowa.

_____  That the distribution of the controlled substance did not take place within 1,000 feet of the real property of a school.

**(CONTINUED)**

# INTERROGATORIES FORM COUNT 2 (Cont'd)

**QUESTION 2:** In the event that you unanimously found, beyond a reasonable doubt, the defendant guilty of Count 2, answer this Question by placing a check mark (✓) on the <u>one</u> following space that reflects the quantity of cocaine base involved in the distribution in Count 2:

\_\_\_\_ Less than 5 grams of a mixture or substance containing a detectable amount of cocaine base

__✓__ 5 grams or more of a mixture or substance containing a detectable amount of cocaine base

s/ [signature]
_____
FOREPERSON

June 19, 2007
_____
DATE