IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 06-1020 |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF APPEAL |
| TERRY TERRELL SAMUELS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the Defendant, Terry Terrell Samuels, and by and through his attorney, John Broz, hereby appeals the Judgment in this case.

BY:   s/ John Broz
JOHN BROZ
P.O. Box 113
Oakdale, IA 52319
jbroz1944@yahoo.com
(319) 393-2600

**Certificate of Service**
I served a copy of this document on the attorneys of record of all parties as follows:
1. Method of service:
   ( ) personal service
   ( ) first class mail
   ( ) deposited in box at Clerk's Office, U.S. District Court
   ( x ) electronic mail
   ( ) fax
2. Date served: November 16, 2007
I declare that the statements above are true to the best of my information, knowledge, and belief.

s/ J. Broz