# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-1539
_____

United States of America,

Plaintiff - Appellee

v.

Terry Terrell Samuels, also known as T.G.,

Defendant - Appellant

------

Appeal from U. S. District Court for the Northern District of Iowa - Dubuque
(2:06-cr-01020-LRR-1)

------

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed in accordance with Eighth Circuit Rule 47A(a).  See *United States v. Tingle*, 524 F.3d 839 (8th Cir. 2008) (per curiam), *cert. denied*, 129 S. Ct. 473 (2008) (No. 08-6393); *United States v. Jones*, 523 F.3d 881 (8th Cir. 2008) (per curiam).

March 17, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans