```
Terry T. Samuels #19361-424
Federal Correctional Institution
F.C.I. Pekin
P.O. Box 5000
Pekin, IL. 61555-5000
```

RECEIVED JAN 11 2019

```
Chief District Judge
The Honorable Linda R. Reade
United States District Court
Northern District of Iowa
111 Seventh Avenue SE
Cedar Rapids, IA. 52401-2101
```

RE: Case No.: 06-cr-1020

DATE: January 7th, 2019

Dear Judge Reade,

    I am writing this letter in light of the new law passed by our President Donald J. Trump known as the First Step Act.

    With this law, there are multiple items in it that I believe would pertain to me and my current case before you.

    That said Your Honor, I would like to enquire of you and your legal assistance in requesting that I be appointed through your Honorable Hand and Court, the Assistance of Counsel in an attempt to perserve my rights as well as help in filing any documentation before your Honorable Court without clogging it with frivolous and repitory Motion's seeking relief if none is due me and/or my current charge and conviction.

    I thank you in advance for your time in this matter as I await your response as I also pray your New Year was filled with joy and happiness. I remain respectfully yours and add if there is any other documents you are in need of my endorsement of to obtain this Counsel, please do not hesitate to contact me at the address listed above.

                              */s/ Terry Samuels*
                              TERRY T. SAMUELS

⇔ 19361-424 ⇔
Terry Samuels
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

PEORIA IL 616

09 JAN 2019 PM 1 T

1/9/19 *JU*



⇔ 19361-424 ⇔
Clerk US Dist Court
111 7TH AVE SE
BOX 12
Cedar Rapids, IA 52401
United States

5240182103

