January 16, 2018

Honorable Judge Linda R. Reade
1117th Ave. SE Box 12
Cedar Rapids, IA 52401

Dear Judge Reade:

RE Terry T. Samuels

My name is Geraldine Burnett, I have known Terry T. Samuels all of his life. I am also his cousin.

I have known him to be a hardworking, family man who is community minded. He has also made contributions to his family & friends at all times. He was very smart while he attended school. He was raised in church at a very early age. The times that I spent with him he was very intelligent & manageable young man who was always caring & showing love towards his family, kids & friends in the community!

His children needs him to be around so that he can teach them how to have a good quality of life and raise them to be Respectful to people.

How society is today, both parents are needed to make sure that their children get proper parenting.

He is needed by his kids so that he can teach them the values of life and that attending school, working hard, and going to church is very important aspects of life!

Thak You Honorable Judge Reade

*Geraldine Burnett*
Geraldine Burnett