RECEIVED
FEB 08 2019  06CR1020-LRR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

To whom it may concern,
Honorable Judge Linda R. Reade
Terry Samuels, He was a loving person a family man. A Good father a Good man. I havent seen him in twelve years and I miss him. He is missed by his family.

Cant wait to see him again. We miss him so much. He was my favorite cousin. Hate I wasent able to celebate his Bday with him. He was my bestfriend I lookup to him. He inspired me to stay in school and make something out myself.

Teresa Arts
6933 S Bell
Chgo ILL 60636

Honorable Judge Linda Reade
1112th Ave, SE Box 12
Cedar Rapids IA 52401
For Terry T. Samuels

11/28/19 skm