06CR1020-LRR

RECEIVED
FEB 08 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Dear judge,

Hello my name is Trinity Samuels and my dad (Terry 19361-424 Samuels) is in federal prison and I was requested to make a letter why I want my father to come home. I want him to come home because i really want my father to be in my life and i want to know more about him and i haven't even had my real father here outside talking and etc. He has been in prison since i was born from what i heard and so far he has been in there for 11 year which is my age currently. And I think my dad is a great guy because if he has made terrible mistakes he has did a lot of time and i think it's time for him to be in the real world. And i love my dad and really hope the federal people approve him to get free from prison.

06CR1020-LRR

RECEIVED

FEB 08 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

January 19, 2019

To the Honorable Linda R. Reade, I am writing on behalf of Terry Samuels 19361-424 located at the FCI Pekin. Terry Samuels is my child's father. I am asking you to grant him leniency and consider his time served. Terry Samuels never met his daughter until she was 6 years old. Terry was incarcerated 5 days after she was born. Ma'am the tremendous pain and fear I felt the day she was born that her father would never get to hold her, hug her, or see her first steps has not went away in the last 12 years. Terry is a good person and I believe he will be productive citizen to society. Trinity Samuels and Terry's other children need him. I need him, I never imagined being a single mom. My dad passed away when I was 15, so I know how important it for a child to have their father in their life. My daughter is honor roll student and wants to share latter achievements with her dad. She needs her dad in the pictures with her and not sending them via mail. My daughter will be 12 years old March 15, 2019, which means this will be the twelfth year without her father. I pray that you find this letter amongst many others as a window to knowing who Terry Samuels is and that he has family that love him. I own multiple business's and Terry Samuels will have a full-time job when he is released. I hope my daughter has the best birthday gift yet, by seeing her dad outside of prison on her birthday.

Thank You Judge for your time,

*Latasha Evans*

Latasha Evans

Latesha Travis
3718 S Princeton Ave
Chicago, IL 60609

S SUBURBAN IL 600
22 JAN 2019 PM 4

1/22/19-SKM

The Honorable Linda L Leoda
111 Seventh Avenue SE
Cedar Rapids, IOWA 52401

52401-210304