RECEIVED JUL 03 2019

Terry Samuels 19361-424
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

June 28, 2019

U.S. District Court for the
Northern District of Iowa
The Honorable Linda R. Reade
Chief U.S. District Judge
111 Seventh Avenue SE, Box 12
Cedar Rapids, IA 52401-2101

RE: USA v. Samuels
(Crim. Case No.: 06-CR-1020-1)

Your Honor:

I am writing the Court the instant Letter/Motion in light of Section 404(a)-(c) of the First Step Act of 2018 because this new law is applicable to me.

There is no doubt that I fit all three of the requirements for eligibility of the 1SA of 2018: (1) I was sentenced before August 3, 2010, (2) I was convicted of a "covered offense" that was altered by Section 2 of the Fair Sentencing Act of 2010, and that is 21 U.S.C. § 841(b)(1)(B)(iii); and (3) I have never filed a 404 motion that was ruled on it merits. See, e.g., U.S. v. Perkins, 2019 U.S. Dist. LEXIS 65311 (N.D.IA. April 3, 2019.

Your Honor, in light of the above I implore the Court to appoint counsel to represent me in the 1SA proceedings.

Respectfully submitted,

*/s/ Terry Samuels*

Terry Samuels

⇔ 19361-424 ⇔

Terry Samuels
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

PEORIA IL 616

01 JUL 2019 PM 2 L

7/1/19 SKM

**RECEIVED**

**JUL 0 1 2019**

**FCI PEKIN**
**MAIL ROOM**

⇔ 19361-424 ⇔
Clerk US Dist Court
111 7TH AVE SE
BOX 12
Cedar Rapids, IA 52401
United States

Legal Mail

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has not been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.