IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>TERRY SAMUELS,<br><br>Defendant(s). | CASE NO. 06CR1020<br><br>MOTION TO APPEAR<br>PRO HAC VICE |

MIANGEL CODY, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of TERRY SAMUELS (an indigent defendant). Attorney MIANGEL CODY states that she is a member in good standing of the bar of the State of Illinois (Bar No. 6289243, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case. Attorney MIANGEL CODY, further states that her pro hac vice admission on behalf of the defendant in this case is authorized by LR 83(d)(2) and (3).

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

s/ _____

BY: /s/ MiAngel Cody
TDC Law Office
1325 S. Wabash Ave., Ste 305
Chicago, Illinois 60605
Telephone: (312) 621-8333



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/19/2019

Re: MiAngel Christina Cody
Attorney No. 6289243

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that MiAngel Christina Cody was admitted to practice law in Illinois on 11/9/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar