# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Case No. 06cr1020** |
| **TERRY SAMUELS** | **Hon. Linda Reade** |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above named case, TERRY SAMUELS, by TDC Law Office and his attorney, MIANGEL CODY, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the district court's Order denying (Doc. No. 116) Pro Se Motion and (Doc. No. 128) Amended Motion to Reduce Sentence - First Step Act as to Terry Terrell Samuels. The Order to which appeal is taken is docketed as Doc. No. 134 and was entered on the docket on June 25, 2020.

Dated this 8th day of July, 2020.

Respectfully submitted,

s/ 
_____
MiAngel C. Cody
*Counsel for Terry Samuels*
TDC Law Office
1325 S. Wabash Ave., Ste 305
Chicago, Illinois 60605
Telephone: (312) 621-8333
Fax: (312) 858-8334

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No. 06cr1020 |
| TERRY SAMUELS | Hon. Linda Reade |

## DOCKETING STATEMENT

This is an appeal from a final decision of the United States District Court for the Northern District of Iowa. The criminal prosecution of Terry Samuels was brought pursuant to Title 21, United States Code, Sections 841(a)(1), 860(a) and 841(b)(1)(B). The district court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals for the Eighth Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a). The final decision in this case was entered on the docket on June 25, 2020. Mr. Samuels filed his timely Notice of Appeal on July 8, 2020. A Transcript Information Sheet is filed contemporaneously with this Notice of Appeal.

Respectfully submitted,

s/

_____

MiAngel C. Cody
*Counsel for Terry Samuels*
TDC Law Office
1325 S. Wabash Ave., Ste 305
Chicago, Illinois 60605
Telephone: (312) 621-8333
Fax: (312) 858-8334

# UNITED STATES DISTRICT COURT
## for the Northern District of Iowa

USCA8, No. _____

### NOTICE OF APPEAL

| | |
|---|---|
| United States of America ) | 06cr1020 |
| Plaintiff ) | District Court Docket Number |
| vs. ) | |
| Terry Samuels ) | Hon. Linda Reade |
| Defendant. ) | District Court Judge |

Notice is hereby given that **Terry Samuels (Defendant)** appeals to the Eighth Circuit from the: ☐ Judgment & Commitment  ☑ Order Doc. No. 134 (Specify) entered in this action on **June 25, 2020**.

_[signature]_  
Signature of Defendant's Counsel

MiAngel Cody  
Typed Name of Defendant's Counsel

1325 S. Wabash Ave.       Suite 305  
Street Address            Room Number

(312) 858-8333  
Telephone Number

Chicago    IL    60605  
City    State    Zip

July 8, 2020  
Date

---

## TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☑ Please prepare a transcript of:
- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof
- ☑ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

☐ I am not ordering a transcript because:
- ☐ Previously Filed
- ☐ Other (Specify) _____

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☑ Funds, ☐ CJA Form 24 completed and sent to court reporter.

_[signature]_                    July 8, 2020  
Attorney's Signature              Date

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: _____

2. Date of Verdict: June 19, 2007        ☑ Jury   ☐ Non-Jury

    Offenses: Title 21, United States Code, Sections 841(a)(1), 860(a) and 841(b)(1)(B).
    crack related offenses

    Trial Testimony - Number of Days  1        Bail Status  Defendnt was detained

3. Sentence and Date Imposed: Life Imprisonement on Counts 1 and 2 (concurrent)
    10 years Suprervised Release & $200 SA

4. Appealing:  Sentence ☒   Conviction ☐   Both ☐

    Challenging:  ☐ Application of Sentencing Guidelines
    ☐ Constitutionality of Guidelines
    ☐ Both Application and Constitutionality

    *Defendant is challenging the district court's final decision to deny post-conviction relief under the First Step Act (Doc. No. 134)

5. Date Trial Transcript ordered by Counsel or District Court: 08/27/2007 Doc. No. 61

    Stenographer in Charge: Patrice Murray and Tracy Lamp

    (Name, Address, Phone) 101 First Street SE, Cedar Rapids, IA 52401  (319) 286-2324

6. Trial Counsel was: ☑ Appointed   ☐ Retained

    Does Defendant's financial status warrant appointment of counsel on appeal?  ☑ Yes   ☐ No

    Affidavit of Financial Status filed: _____

    Is there any reason why trial counsel should not be appointed as counsel on appeal?  ☑ Yes   ☐ No

7. Assistant U.S. Attorney Name & Phone Number: Justin Lightfoot
    319 363 6333

# COURT REPORTER ACKNOWLEDGMENT

_____  _____  _____
Date Order Received   Estimated Completion Date   Est Number of Pages

_____   _____
Court Reporter's Signature        Date